IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-01340-DDD-KAS

CHURCH OF THE ROCK, INC., d/b/a THE ROCK,

    Plaintiff(s),

v.

THE TOWN OF CASTLE ROCK, COLORADO,

    Defendant(s).

---

### DEFENDANT'S UNOPPOSED MOTION TO VACATE AND RE-SET SCHEDULING CONFERENCE

---

Defendant Town of Castle Rock, by and through undersigned counsel Josh A. Marks and Geoffrey C. Klingsporn of Berg Hill Greenleaf Ruscitti LLP, ("Town"), respectfully requests that this Court vacate and re-set the current August 13, 2024 Scheduling Conference as follows:

1. Plaintiff Church of the Rock, Inc., d/b/a The Rock ("Plaintiff") filed this lawsuit on May 13, 2024. *See* Doc. #1. On May 15, 2024, in its Order Setting Scheduling/Planning Conference (the "Order"), this Court set this matter for a Scheduling Conference for August 13, 2024 at 11:00 am. *See* Doc. #21, § A.

2. Both of the counsel of record for the Town have a previously-scheduled, in-person Preliminary Injunction Hearing at 1:30 pm in *Colorado Health Network, Inc., et al. v. City of Pueblo*, Pueblo County District Court Case No. 2024CV30274. Attending the Scheduling Conference in this matter at 11:00 am would not allow counsel the time needed to travel and attend that hearing in Pueblo.

3.     The Town respectfully requests that this Court vacate and re-set the August 13, 2024 Scheduling Conference to August 15, 2024 at 10:30 am.  Earlier today, the undersigned cleared this proposed date and time with the Court's staff and Plaintiff's counsel to help facilitate this resetting.

4.     This is the first request to re-set the Scheduling Conference.  Pursuant to Rule D.C.COLO.LCivR 6.1, a copy of this Motion is being sent to the undersigned's clients.

5.     This motion is being submitted in advance of the deadline to request re-setting a Scheduling Conference in § B of the Order.

6.     **Conferral under D.C.COLO.LCivR 7.1 and DDD Civ. P.S. III(B):** The undersigned conferred with counsel for Plaintiff, Joshua D. Davey, to determine Plaintiff's position on this motion. Mr. Davey stated that Plaintiff does not oppose.

WHEREFORE, based on the above, Defendants respectfully request that this Court vacate the August 13, 2024 Scheduling Conference and re-set it to August 15, 2024 at 10:30 am.

Respectfully submitted this 16th day of July 2024.

> BERG HILL GREENLEAF RUSCITTI LLP
>
> *s/ Josh A. Marks*
> _____
> Josh A. Marks
> Geoffrey C. Klingsporn
> 1712 Pearl Street
> Boulder, CO  80302
> Phone:  (303) 402-1600
> Fax:  (303) 402-1601
> Email:  jam@bhgrlaw.com
>           geoff.klingsporn@bhgrlaw.com
>
> *Attorneys for Defendant*
> *Town of Castle Rock, Colorado*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of July 2024, I electronically filed the foregoing **DEFENDANT'S UNOPPOSED MOTION TO VACATE AND RE-SET THE AUGUST 13, 2024 SCHEDULING CONFERENCE** with the Clerk of the Court using the CM/ECF system which will send notification to such filing to the following e-mail addresses,

Alexander J. Hill
Troutman Pepper Hamilton Sanders LLP
600 Peachtree Street NE, Suite 3000
Atlanta, GA  30308
alex.hill@troutman.com

Joshua D. Davey
Troutman Pepper Hamilton Sanders LLP
301 S. College Street, 34th Floor
Charlotte, NC 28202
joshua.davey@troutman.com

David J. Hacker
Ryan N. Gardner
Jeremiah G. Dys
First Liberty Institute
2001 West Plano Parkway, Suite 1600
Plano, TX  75075
dhacker@firstliberty.org
rgardner@firstliberty.org
jdys@firstliberty.org

Kevin M. LeRoy
Misha Tseytlin
Dylan J. DeWitt
Troutman Pepper Hamilton Sanders LLP
227 West Monroe Street, Suite 3900
Chicago, IL  60606
dylan.dewitt@troutman.com
kevin.leroy@troutman.com
misha.tseytlin@troutman.com

Carson A. Cox
Troutman Pepper Hamilton Sanders LLP
1001 Haxall Point, Suite 1500
Richmond, VA  23219
carson.cox@troutman.com

Town of Castle Rock, Colorado
c/o Michael J. Hyman, Town Attorney
100 N. Wilcox Street
Castle Rock, CO  80104
mhyman@crgov.com

*s/ Cheryl Stasiak*

Cheryl Stasiak